UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN 4 2019

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**TYLER OLIVER, and**<br>**DAVID FRANKENHOFF,**<br><br>    **Defendants.** | Criminal No. 5:19-CR-21 (Bailey)<br><br>Violations: 21 U.S.C. § 841(b)(1)(C)<br>      21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to

Distribute 3,4-Dichloro-N-[2-(dimethylamino) cyclohexyl]-Nmethylbenzamide ("U47700"))

During a period commencing on or about June 2016, and ending on or about December 7, 2016, in Ohio County, within the Northern District of West Virginia, and elsewhere, defendants **TYLER OLIVER and DAVID FRANKENHOFF,** did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and with others known and unknown to violate Title 21, United States Code, Section 841(b)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and distribute 3,4-

Dichloro-N-[2-(dimethylamino) cyclohexyl]-Nmethylbenzamide ("U47700"), a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

A True Bill,

/s/
Grand Jury Foreperson

/s/ WILLIAM J. POWELL
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Stephen L. Vogrin
Assistant United States Attorney